**Robert John SCHIEBLE, Jr.,**
**Plaintiff–Appellant,**

v.

State of **SOUTH CAROLINA; Employment Security Commission; Dorchester County Judiciary Commission; Dorchester County Sheriff's Department, Defendants–Appellees.**

No. 01–1721.

United States Court of Appeals,
Fourth Circuit.

Submitted Sept. 18, 2001.

Decided Oct. 10, 2001.

Robert John Schieble, Jr., pro se.

Before WILKINS and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Robert John Schieble, Jr. appeals the district court's order adopting the magistrate judge's recommendation and dismissing without prejudice his civil action. Because Schieble's informal brief failed to raise any specific challenge to the district court's order, we find that he has waived all issues pertaining to that order. *See* 4th Cir. Local R. 34(b). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*